CARY M. ADAMS, SBN 103359
GEOFFREY A. GOODMAN, SBN 073355
RANDALL J. HAKES, SBN 233548
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor (95814)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: cadams@murphyaustin.com
Email: ggoodman@murphyaustin.com
Email: rhakes@murphyaustin.com

Attorneys for Defendants and Counterclaimants
THE COUNTY OF MARIN AND THE COUNTY OF TUOLUMNE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GLADWELL GOVERNMENTAL SERVICES, INC., a California corporation, | Case No. C-04-3332 SBA |
| Plaintiff, | **ORDER OF ENTRY OF FINAL JUDGMENT** |
| v. | |
| COUNTY OF MARIN, etc., et al., | |
| Defendants. | |
| COUNTY OF MARIN, a legal subdivision of the State of California; COUNTY OF TUOLUMNE, a legal subdivision of the State of California, | |
| Counterclaimants, | |
| v. | |
| GLADWELL GOVERNMENTAL SERVICES, INC., a California corporation, and DIANE GLADWELL, in her individual capacity, | |
| Counterdefendants. | |

680.003-303141.1

[PROPOSED] ORDER OF ENTRY OF FINAL JUDGMENT, C-04-3332 SBA

1   Plaintiff filed a complaint against defendants in or about August of 2004.  Defendants
2   answered the complaint, filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of
3   Civil Procedure and asserted nine counterclaims of their own.  On March 7, 2005, the Court
4   granted the defendants' motion to dismiss and ordered the complaint dismissed for lack of
5   standing.  On October 18, 2005, the Court denied defendants' motion for partial summary
6   judgment and ordered defendant/counterclaimants' first, fourth and fifth counterclaims be
7   dismissed as moot under its March 7, 2005 order.  On October 24, 2005, the counterclaimants and
8   counterdefendants stipulated to a voluntary dismissal of the remaining counterclaims (the second,
9   third, sixth, seventh, eighth and ninth counterclaims) and agreed that the dismissal of all
10  counterclaims are without prejudice.  Accordingly, all of the claims asserted by the parties have
11  been decided by this Court or voluntarily dismissed.  There remains no further claims for this
12  court to decide.
13      THEREFORE, THIS COURT HEREBY ORDERS this matter finally adjudicated and that
14  an entry of final judgment be entered on the docket reflecting as much.
15  DATE: 10/28/05

*[signature: Sandra B. Armstrong]*

SANDRA B. ARMSTRONG
JUDGE FOR THE UNITED STATES
DISTRICT COURT, NOTHERN DISTRICT OF
CALIFORNIA