# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GLADWELL GOVERNMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MARIN; COUNTY TUOLUMNE, a legal subdivision of the State of California, *et al.*, <br><br> Defendants. | No. C 04-03332 SBA <br><br> **ORDER** |

IT IS HEREBY ORDERED THAT as the Ninth Circuit Court of Appeals has reversed the Court's dismissal of plaintiff's complaint, under Federal Rule of Civil Procedure 12(b)(6) [Docket No. 25], and remanded the matter to the Court, the matter is re-opened, and the Court has set a Case Management Conference for March 19, 2008 at 2:30 P.M. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

February 12, 2008

_____
Saundra Brown Armstrong
United States District Judge