GEOFFREY A. GOODMAN, SBN 073355
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:      (916) 446-2300
Facsimile:       (916) 503-4000
Email:            ggoodman@murphyaustin.com

Attorneys for Defendants and Counterclaimants
THE COUNTY OF MARIN AND THE COUNTY
OF TUOLUMNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLADWELL GOVERNMENTAL SERVICES, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>COUNTY OF MARIN, etc., et al.,<br><br>           Defendants. | Case No.  C-04-3332 SBA<br><br>**STIPULATION TO EXTEND COMPLETION OF MEDIATION AND ORDER** |

The parties were ordered to complete early mediation by June 24, 2008.   During a conference call with the mediator, Koorosh Afshari, we concluded that the conflicting schedules of the mediator, attorneys and parties made it difficult to schedule the mediation before June 24. In addition, the parties are still in the process of informal disclosures and formal discovery has not commenced.  Both plaintiff's counsel and myself believe that mediation is likely to be more productive if the parties had more time in discovery before the mediation.

Consequently, we request that the Court extend the deadline for completion of the mediation to August 24, 2008.  This would permit the parties to be further along in discovery and

///

///

- 1 -                                                 680.003-602644.1

STIPULATION TO EXTEND COMPLETION OF MEDIATION AND ORDER C-04-3332 SBA

would also provide more options to find a date on which all counsel and parties could be available for mediation. Plaintiff's counsel, Mr. Hughes and Mr. Afshari concur in the request.

Dated: May 12, 2008

          MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
   GEOFFREY A. GOODMAN
   Attorneys for Defendants THE COUNTY OF
   MARIN AND THE COUNTY OF TUOLUMNE

Dated: May ____, 2008

By: _____
   KEVIN HUGHES
   Attorney for Plaintiff GLADWELL
   GOVERNMENTAL SERVICES, INC.

**ORDER**

It is so ordered.

Dated: _5/15/08

_/s/ Saundra B. Armstrong_
SAUNDRA B. ARMSTRONG
JUDGE FOR THE UNITED STATES DISTRICT
COURT, NOTHERN DISTRICT OF CALIFORNIA