TISDALE & NICHOLSON, LLP
Kevin D. Hughes (SBN 188749)
2029 Century Park East, Suite 900
Los Angeles, California 90067
Tel.: (310) 286-1260
Fax:  (310) 286-2351

Attorneys for Plaintiff and Counterdefendant
Gladwell Governmental Services, Inc. and
Counterdefendant Diane Gladwell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLADWELL GOVERNMENTAL SERVICES, INC., a California corporation, <br><br>           Plaintiff, <br><br>     vs. <br><br> COUNTY OF MARIN, a legal subdivision of the State of California; COUNTY OF TUOLUMNE, a legal subdivision of the State of California, and DOES 1 through 50 inclusive, <br><br>           Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: C-04-3332 SBA <br><br> **STIPULATION TO EXTEND DISCOVERY CUT-OFF BY 28 DAYS, AND ORDER** |

     WHEREAS, the discovery cut-off in this matter is currently set for September 26, 2008;

     WHERAS, the parties believe that an extension of the discovery cut-off by twenty-eight ("28") days would all them to

schedule discovery and dispositive motions more efficiently; and

WHEREAS, the trial of the matter is not scheduled to begin until January 12, 2009.

THE PARTIES HEREBY AGREE AND STIPULATE THAT the discovery cut-off in this matter be extended by twenty-eight ("28") days such that the new discovery cut-off is October 24, 2008.

Dated:  June __, 2008          TISDALE & NICHOLSON, LLP


                               By: _____
                                   KEVIN HUGHES
                                   Attorney for Plaintiff
                                   GLADWELL GOVERNMENTAL,
                                   SERVICES, INC.


Dated:  June __, 2008          NOSSAMAN GUTHNER KNOX & ELLIOTT LLP


                               By: _____
                                   GEOFFREY A. GOODMAN
                                   Attorneys for Defendant THE
                                   COUNTY OF MARIN AND THE COUNTY
                                   OF TUOLUMNE


                               **ORDER**

It is so ordered.

Dated: 7/3/08


                               _____
                               SAUNDRA B. ARMSTRONG
                               JUDGE FOR THE UNITED STATES DISTRICT
                               COURT, NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stipulation to extend completion of mediation order (SL0007).DOC    4