1  TISDALE & NICHOLSON, LLP
   Kevin D. Hughes (SBN 188749)
2  2029 Century Park East, Suite 900
   Los Angeles, California 90067
3  Tel.: (310) 286-1260
4  Fax:  (310) 286-2351

5  Attorneys for Plaintiff and Counterdefendant
   Gladwell Governmental Services, Inc. and
6  Counterdefendant Diane Gladwell

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   GLADWELL GOVERNMENTAL           ) Case No.: C-04-3332 SBA
11 SERVICES, INC., a California    )
   corporation,                    ) ORDER ON STIPULATION AND REQUEST
12                                 ) FOR DISMISSAL OF ENTIRE ACTION
             Plaintiff,            ) WITHOUT PREJUDICE
13                                 )
14      vs.                        )
                                   )
15 COUNTY OF MARIN, a legal        )
   subdivision of the State of     )
16 California; COUNTY OF           )
   TUOLUMNE, a legal subdivision   )
17 of the State of California,     )
   and DOES 1 through 50           )
18 inclusive,                      )
                                   )
19           Defendants.           )
20 _____)
                                   )
21 AND RELATED COUNTERCLAIMS       )
   _____)
22

23

24

25

26

27

28

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Proposed Order on Stip and
Request for Dismissal (SS1805).DOC      ORDER ON STIPULATION RE DISMISSAL
                                                  CASE NO. C-04-3332 SBA

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:
2  Subject to the provisions set forth in the parties' stipulation,
3  the entire within action is hereby dismissed without prejudice.
4
5  Dated:  9/2/08
6                                By:  _____
7                                     Saundra B. Armstrong
                                      UNITED STATES DISTRICT JUDGE
8
9
10 Presented by:
   TISDALE & NICHOLSON, LLP
11
12
13 By:  _____
         Kevin D. Hughes
14       Attorney for Defendant